KEVIN V. RYAN, CSBN 118321
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
EDWARD A. OLSEN, CSBN 214150
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-6915
    FAX: (415) 436-6927

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AFSHIN GHANEH,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL CHERTOFF, Secretary<br>EMILIO T. GONZALEZ, Director, CIS<br>DAVID N. STILL, District Director<br>Department of Homeland Security,<br><br>    Defendants. | Case No. 07-0185 SI<br><br>**STIPULATION TO DISMISS**<br>**and [PROPOSED] ORDER** |

    Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled action without prejudice in light of the fact that the United States Citizenship and Immigration Services is now prepared to adjudicate plaintiff's application for naturalization and agrees to adjudicate such application within 30 days of the dismissal of this action.

    Each of the parties shall bear their own costs and fees.

///

///

Stip. to Dismiss
C07-0185 SI                                           1

Date: February 27, 2007

Respectfully submitted,

KEVIN V. RYAN
United States Attorney

EDWARD A. OLSEN
Assistant United States Attorney
Attorneys for Defendants

Date: February ____, 2007

*See Fx Signature*

EDWARD R. LITWIN
Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date:

SUSAN ILLSTON
United States District Judge

Stip. to Dismiss
C07-0185 SI

2

Date: February ____, 2007

Respectfully submitted,

KEVIN V. RYAN
United States Attorney

_____
EDWARD A. OLSEN
Assistant United States Attorney
Attorneys for Defendants

Date: February 23, 2007

_____
EDWARD R. LITWIN
Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date:

_____
SUSAN ILLSTON
United States District Judge

Stip. to Dismiss
C07-0185 SI

2